UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                          **Philip E. Carrozza**                          **Chapter 13**
                                **Delores A. Carrozza**
                                **Debtors**                          **Bankruptcy No. 20-11822 MDC**

PRE-CONFIRMATION  CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)

I, [Name of Debtor or Debtor's Attorney], upon my oath according to law, hereby certify
as follows in connection with the confirmation hearing scheduled for June 18, 2020,
in the above-referenced case:

1.    The above-named debtor(s) will be able to make all payments under the plan and
      to comply with the plan.

2.    The above-named debtor(s) has/have paid all post petition amounts that are
      required to be paid under any and all Domestic Support Obligations.

3.    The above-named debtor(s) has/have filed all applicable Federal, State, and local
      tax returns, as required by 11 U.S.C. Section 1308.

4.    If the confirmation hearing date stated above is adjourned for any reason, and the
      information herein changes, an updated Certification will be provided to the
      standing trustee prior to any subsequent Confirmation hearing date.

5.    If this Certification is being signed by counsel of debtor(s), counsel certifies
      that debtor(s) was/were duly questioned about the statements in this
      Certification and supplied answers consistent with this Certification.

DATED:___May 19, 2020___        Debtor:_____
                                          **Philip Carrozza**

DATED:___May 19, 2020___        Debtor:_____
                                          **Delores Carrozza**