United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Philip E. Carrozza  
Dolores A. Carrozza  
    Debtors

Case No. 20-11822-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Lisa　　Page 1 of 1　　Date Rcvd: Jul 30, 2020  
　　　　　　　　　　　Form ID: 155　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.  
db/jdb　　+Philip E. Carrozza,　Dolores A. Carrozza,　220 Sycamore Avenue,　Folsom, PA 19033-1907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:  
　　MICHAEL SETH SCHWARTZ　　on behalf of Joint Debtor Dolores A. Carrozza msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com  
　　MICHAEL SETH SCHWARTZ　　on behalf of Debtor Philip E. Carrozza msbankruptcy@verizon.net, schwartzmr87357@notify.bestcase.com  
　　REBECCA ANN SOLARZ　　on behalf of Creditor　BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
　　THOMAS YOUNG.HAE SONG　　on behalf of Creditor　CITIMORTGAGE, INC. paeb@fedphe.com  
　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　WILLIAM C. MILLER, Esq.　　on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Philip E. Carrozza and Dolores A. Carrozza

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−11822−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this July 30, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

18 − 10
Form 155