**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                  Case No. 20-11822-mdc
                                                                                       Chapter 13

Philip E. Carrozza
Dolores A. Carrozza

Debtor(s).

## **NOTICE OF APPEARANCE**

**CitiMortgage, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

                                By:       */s/ Daniel P. Jones, Esquire*
                                             Daniel P. Jones, Esquire,
                                             Bar No: 321876
                                             Stern & Eisenberg, PC
                                             1581 Main Street, Suite 200
                                             The Shops at Valley Square
                                             Warrington, PA 18976
                                             Phone: (215) 572-8111
                                             Fax: (215) 572-5025
                                             djones@sterneisenberg.com
                                             Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of October, 2020, to the following:

Michael Seth Schwartz
Law Ofiice of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966
msbankruptcy@verizon.net
***Attorney for Debtor(s)***


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Philip E. Carrozza
220 Sycamore Avenue
Folsom, PA 19033

Dolores A. Carrozza
220 Sycamore Avenue
Folsom, PA 19033
***Debtor(s)***


                                              By:     */s/Daniel P. Jones, Esquire*