**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  Case No. 20-11822-mdc
  Chapter 13

Philip E. Carrozza
Dolores A. Carrozza

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2020-PM6**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:  */s/ Daniel P. Jones, Esquire*
  Daniel P. Jones, Esquire,
  Bar No: 321876
  Stern & Eisenberg, PC
  1581 Main Street, Suite 200
  The Shops at Valley Square
  Warrington, PA 18976
  Phone: (215) 572-8111
  Fax: (215) 572-5025
  djones@sterneisenberg.com
  Attorney for Creditor

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 16th day of November, 2020, to the following:

Michael Seth Schwartz
Law Ofiice of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966
msbankruptcy@verizon.net
*Attorney for Debtor(s)*


William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Philip E. Carrozza
220 Sycamore Avenue
Folsom, PA 19033
*Debtor(s)*

Dolores A. Carrozza
220 Sycamore Avenue
Folsom, PA 19033
*Debtor(s)*


                                                      By:     */s/Daniel P. Jones, Esquire*