United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-11822-mdc
Philip E. Carrozza  Chapter 13
Dolores A. Carrozza
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: Adminstra  Page 1 of 1
Date Rcvd: Nov 24, 2020  Form ID: trc  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

**Recip ID    Recipient Name and Address**
14508108    + CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF, OF CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2020  Signature:  /s/Joseph Speetjens

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-11822-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Philip E. Carrozza
220 Sycamore Avenue
Folsom PA 19033

Dolores A. Carrozza
220 Sycamore Avenue
Folsom PA 19033

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/23/2020.

Name and Address of Alleged Transferor(s):

Claim No. 27: CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF, OF CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/26/20

Tim McGrath
**CLERK OF THE COURT**