# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Philip E. Carrozza<br>Dolores A. Carrozza<br><br>Debtor(s) | Case No.: 20-11822 MDC<br><br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of BANK OF AMERICA, N.A. in relation to a claim secured by real property commonly known as 220 Sycamore Avenue, Folsom, PA 19033 and identified by account number *******1874.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for BANK OF AMERICA, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
bankruptcy@powerskirn.com


Dated: November 15, 2023

POWERS KIRN, LLC

By: /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Philip E. Carrozza<br>Dolores A. Carrozza<br><br>Debtor(s) | Case No.: 20-11822 MDC<br><br>Chapter 13 |
|---|---|

CERTIFICATION OF SERVICE
OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on November 15, 2023.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

Parties served via Electronic Notification:

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia PA  19107
info@ph13trustee.com
Trustee

Michael Seth Schwartz, Esquire
707 Lakeside Office Park
Southampton PA  18966
msbankruptcy@gmail.com
Attorney for Debtor/Debtors

Parties served via First-Class Mail:

Philip E. Carrozza
220 Sycamore Avenue
Folsom PA  19033
Debtor

Dolores A. Carrozza
220 Sycamore Avenue
Folsom PA 19033
Debtor

Dated:  November 15, 2023

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Karina Velter, Esq.; Atty ID #94781
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant