Certificate Number: 17572-PAE-DE-039299067

Bankruptcy Case Number: 20-11822



17572-PAE-DE-039299067

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2025, at 10:49 o'clock AM PST, Philip E Carrozza completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 2, 2025    By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor