B2830 (Form 2830) (4/19)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re  Philip E. Carrozza
       Dolores A. Carrozza                                    Case No.  20-11822
                    Debtor(s)

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[✓] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[✓] I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

[ ] I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  2/2/25                    *Dolores A. Carrozza*
             Date                       Delores A. Carrozza
                                        Debtor

*Amounts are subjected to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.