United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11822-djb |
| Philip E. Carrozza | Chapter 13 |
| Dolores A. Carrozza | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 70 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip E. Carrozza, Dolores A. Carrozza, 220 Sycamore Avenue, Folsom, PA 19033-1907 |
| 14489030 | | Assess One, PO Box 38055, Baltimore, MD 21297-8055 |
| 14491686 | + | BANK OF AMERICA, N.A., CO Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14831704 | + | Bank of America NA, c/o Jill Manuel-Coughlin, Esq., 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14508108 | + | CITIMORTGAGE, INC., CENLAR FSB SUBSERVICING ON BEHALF, OF CITIMORTGAGE, INC., BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14508142 | | CITIMORTGAGE, INC., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14554034 | + | CitiMortgage, Inc., CO Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington PA 18976-3403 |
| 14489054 | | Northstar Anesthesia of PA, PO Box 612625, Dallas, TX 75261-2625 |
| 14496251 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, and Hertzel, LLP/M. Mooney, Esq., 950 New Loudon Road, Latham, New York 12110-2100 |
| 14561172 | | U.S. Bank Trust National Association, et al, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 23 2025 01:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2025 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14489590 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 23 2025 01:48:00 | Acura Financial Services, PO Box 168088, Irving TX 75016-8088 |
| 14489029 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 23 2025 01:48:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 14489857 | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 23 2025 01:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14489031 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 23 2025 01:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14489032 | + Email/Text: creditcardbkcorrespondence@bofa.com | Apr 23 2025 01:47:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14503750 | + Email/Text: mortgagebkcorrespondence@bofa.com | Apr 23 2025 01:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14496233 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 23 2025 01:47:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |

Case 20-11822-djb   Doc 46   Filed 04/24/25   Entered 04/25/25 00:33:56   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 14489033 | + Email/Text: BarclaysBankDelaware@tsico.com | Apr 23 2025 01:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14489037 | Email/Text: correspondence@credit-control.com | Apr 23 2025 01:47:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 14489034 | + Email/Text: bnc-capio@quantum3group.com | Apr 23 2025 01:47:00 | Capio Partners, 1745 N Brown Rd #450, Lawrenceville, GA 30043-8157 |
| 14489035 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 01:58:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14500245 | + Email/PDF: ebn_ais@aisinfo.com | Apr 23 2025 01:57:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14500246 | + Email/PDF: ebn_ais@aisinfo.com | Apr 23 2025 01:58:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14500939 | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 01:57:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14489038 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 23 2025 01:58:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14489039 | + Email/Text: bankruptcycollections@citadelbanking.com | Apr 23 2025 01:48:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14501766 | + Email/Text: bankruptcycollections@citadelbanking.com | Apr 23 2025 01:48:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14489040 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2025 01:58:02 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14489041 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2025 01:58:03 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14489042 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2025 01:57:53 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14508204 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2025 01:58:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14489043 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2025 01:58:01 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14489044 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2025 01:57:52 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14489045 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2025 01:47:00 | Comenity/ MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14489046 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2025 01:47:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14491599 | Email/Text: mrdiscen@discover.com | Apr 23 2025 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14489047 | + Email/Text: mrdiscen@discover.com | Apr 23 2025 01:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14489048 | Email/Text: collecadminbankruptcy@fnni.com | Apr 23 2025 01:47:00 | First National Bank of Omaha, 1620 Dodge St, Stop Code 3129, Omaha NE 68197 |
| 14494487 | Email/Text: collecadminbankruptcy@fnni.com | Apr 23 2025 01:47:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14507916 | ^ MEBN | Apr 23 2025 01:44:13 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, NY 14043-2690 |
| 14489049 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 23 2025 01:47:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |

Case 20-11822-djb    Doc 46    Filed 04/24/25    Entered 04/25/25 00:33:56    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 70 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14489050 | + | Email/Text: bankruptcy@huntington.com | Apr 23 2025 01:47:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14508351 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 23 2025 01:48:00 | Hyundai Capital America, servicing agent of, Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14489051 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 23 2025 01:48:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14506739 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2025 01:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14499885 | + | Email/Text: RASEBN@raslg.com | Apr 23 2025 01:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 14489052 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2025 01:57:59 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14506482 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 01:57:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14503888 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2025 01:57:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14489053 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2025 01:57:50 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14489055 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2025 01:47:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14507224 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2025 01:47:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14509057 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2025 01:57:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14506788 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2025 01:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14497313 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2025 01:47:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14489056 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:57:59 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489057 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:58:03 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14508111 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 23 2025 01:58:14 | Synchrony Bank, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14489059 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:58:10 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14489058 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:58:10 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 14489060 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:58:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489061 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:57:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14489062 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2025 01:58:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14489063 | | Email/Text: bankruptcy@td.com | Apr 23 2025 01:48:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14494241 | | Email/Text: bankruptcy@huntington.com | Apr 23 2025 01:47:00 | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |

Case 20-11822-djb   Doc 46   Filed 04/24/25   Entered 04/25/25 00:33:56   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 14563215 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Apr 23 2025 01:48:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14489064 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Apr 23 2025 01:58:02 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14504066 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Apr 23 2025 01:58:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14489036 | | Capital One Bank Usa N |
| 14695163 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

**Name**           **Email Address**

DANIEL P. JONES
  on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM6 djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
  on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
  on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

JILL MANUEL-COUGHLIN
  on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL SETH SCHWARTZ
  on behalf of Debtor Philip E. Carrozza msbankruptcy@gmail.com MSchwartz@jubileebk.net

MICHAEL SETH SCHWARTZ
  on behalf of Joint Debtor Dolores A. Carrozza msbankruptcy@gmail.com MSchwartz@jubileebk.net

THOMAS SONG
  on behalf of Creditor CITIMORTGAGE INC. tomysong0@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 22, 2025 | Form ID: 138OBJ | Total Noticed: 70 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 45 − 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Philip E. Carrozza ) Case No. 20−11822−djb
    )
    )
   Dolores A. Carrozza ) Chapter: 13
    )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 22, 2025                           For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court